IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:   THIRTY-TWO DOLGENCORP, INC., CASES

In the context of this litigation, and pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), the Honorable Jerry W. Cavaneau, United States Magistrate Judge, is authorized and designated to hear and determine all non-dispositive pretrial matters pending before the Court to the extent permitted by law, including but not limited to the following motions:

1. For more definite statement;
2. To add parties, to intervene, or to file third-party complaints;
3. To amend pleadings or pretrial orders;
4. To consolidate cases or to order separate trials of claims or issues under Fed. R. Civ. P. 42;
5. To extend time for compliance with the Local Rules, Federal Rules of Civil Procedure, and orders of the Court;
6. Relating to discovery;
7. To allow withdrawal or substitution of counsel; and
8. To voluntarily dismiss a civil action.

Any designation of Judge Cavaneau under 28 U.S.C. § 636(b)(1)(B) for purposes of a report and recommended disposition of case-dispositive matters will be addressed on a motion-specific basis.

   **IT IS SO ORDERED.**

   Dated this 3rd day of September, 2010.

                                                        *(signature)*
                                                        JAMES E. GRITZNER, JUDGE
                                                        UNITED STATES DISTRICT COURT